UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. EGAN,

                Petitioner,

        -v.-

BARRY E. LOUGHRANE REVOCABLE TRUST,

                Respondent.

22 Civ. 497 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On January 19, 2022, Petitioner filed a petition to confirm an arbitration award. (Dkt. #3). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **February 21, 2022**. Respondent's opposition, if any, is due on **March 7, 2022**. Petitioner's reply, if any, is due **March 14, 2022**.

      Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **January 28, 2022**, and shall file an affidavit of such service with the court no later than **February 4, 2022**.

SO ORDERED.

Dated:  January 21, 2022
        New York, New York

        KATHERINE POLK FAILLA
        United States District Judge