**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL J. EGAN,

                    Petitioner,

    -against-                                   22 **CIVIL** 497 (KPF)

## JUDGMENT

BARRY E. LOUGHRANE REVOCABLE TRUST,

                    Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 19, 2022, Petitioners' motion for summary judgment on their petition to confirm the arbitration award is GRANTED. FINRA is hereby ORDERED to execute the Arbitration Panel's expungement directive removing all references to the Arbitration (Occurrence #2055483) from the CRD records of Petitioner Michael Egan (CRD #2124653); accordingly, the case is closed.

**Dated:** New York, New York

      May 20, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                               **BY:**        *K. Mango*

                                                             **Deputy Clerk**